B6F (Official Form 6F) (12/07)

In re   **William J. Bernicker**                                          Case No. __08-10183__
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Accounts Receivable Management, Inc.<br>P. O. Box 129<br>Thorofare, NJ 08086-0129 | | H | | | | | 58.00 |
| Account No.<br><br>Applied Bank<br>800 Delaware Avenue<br>Wilmington, DE 19801 | | H | | | | | 3,426.00 |
| Account No.<br><br>CACH LLC<br>370 17th Street<br>Ste. 5000<br>Denver, CO 80202 | | H | | | | | 1,244.00 |
| Account No.<br><br>Capital One Bank<br>P.O. Box 85520<br>Richmond, VA 23285 | | H | | | | | 683.00 |
| __7__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 5,411.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  William J. Bernicker , Case No. 08-10183
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>City of Philadelphia<br>Boot and Tow<br>P. O. Box 41818<br>Philadelphia, PA 19101 | | H | | | | | 268.00 |
| Account No.<br><br>City of Philadelphia<br>Parking Violations Branch<br>PO BOX 41819<br>Philadelphia, PA 19101 | | H | | | | | 880.00 |
| Account No.<br><br>Connie & Richard Vincenzini<br>2440 West Chester Road<br>Coatesville, PA 19320 | X | H | Business Debt | | | | Unknown |
| Account No.<br><br>Credit One Bank<br>565 South Pilot St.<br>Las Vegas, NV 89119 | | H | | | | | 1,244.00 |
| Account No.<br><br>Cushman & Wakefield of PA, Inc.<br>One Logan Square<br>Philadelphia, PA 19103 | X | H | Business Debt | | | | 50,000.00 |

Sheet no. 1 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 52,392.00

B6F (Official Form 6F) (12/07) - Cont.

In re William J. Bernicker, Debtor    Case No. 08-10183

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Dauphin County Clerk of Courts<br>Dauphin County Courthouse<br>Front & Market Streets<br>Harrisburg, PA 17101 | | H | Front & Market Streets | | | | 93,541.00 |
| Account No.<br>Edith Stanford<br>1442 South 16th Street<br>Philadelphia, PA 19146 | X | H | Business Debt - satisfied through insurance proceeds | | | | 670.00 |
| Account No.<br>FIA CSNA<br>PO BOX 17054<br>Wilmington, DE 19884 | | H | | | | | 8,896.00 |
| Account No.<br>Gregory Martin<br>148 Viaduct Avenue<br>Downingtown, PA 19335 | X | H | Business Debt - satisfied through insurance proceeds | | | | 14,089.00 |
| Account No.<br>HSBC NV<br>P.O Box 98706<br>Las Vegas, NV 89193 | | H | | | | | 2,261.00 |

Sheet no. 2 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 119,457.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re William J. Bernicker, Debtor    Case No. 08-10183

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Institute for Dermatopathology<br>14941 Collections Center Drive<br>Chicago, IL 60693 | | H | Medical Bill | | | | 290.52 |
| Account No.<br>Isuzu Motor Acceptance Corp.<br>999 Northwest Grand Blvd.<br>Oklahoma City, OK 73126 | X | H | Business Debt | | | | Unknown |
| Account No.<br>Marcis Investments<br>Two Independence Place<br>233 South 6th Street<br>Philadelphia, PA 19106 | X | H | Business Debt | | | | Unknown |
| Account No.<br>Martin Fischer<br>408 Vine Street<br>Philadelphia, PA 19106 | X | H | Business Debt | | | | 1,803.00 |
| Account No.<br>Mary Lou Cardona<br>2930 Fairhill Street<br>Philadelphia, PA 19133 | X | H | Business Debt - satisfied through insurance proceeds | | | | 50,001.00 |

Sheet no. 3 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    52,094.52

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  William J. Bernicker , Case No. 08-10183
        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Michael J. Byrne <br> 240 East Hollow Road <br> Media, PA 19063 | X | H | Business Debt | | | | 953,527.00 |
| Account No. <br> Midwest Loan Service <br> 616 Shelden Avenue <br> Houghton, MI 49931 | | H | | | | | 435,000.00 |
| Account No. <br> Northeast News Gleaner <br> c/o Alan S. Carpel, Esq. <br> 1129 Spruce Street <br> Philadelphia, PA 19107 | X | H | Business Debt | | | | Unknown |
| Account No. <br> Northland Group, Inc. <br> 7831 Glelroy Rd. <br> Suite 350, <br> Edina, MN 55439-3133 | | H | | | | | 1,067.27 |
| Account No. <br> Northstar Location Services, LLC <br> Attn: Financial Serv. Department <br> 4285 Genesee Street <br> Buffalo, NY 14225-1943 | | H | | | | | 5,074.61 |

Sheet no. 4 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  1,394,668.88

B6F (Official Form 6F) (12/07) - Cont.

In re   William J. Bernicker                              Case No.   08-10183
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Onyx Acceptance Corp.<br>27051 Town Center Drive<br>Foothill Ranch, CA 92610 | | H | | | | | 2,817.00 |
| Account No.<br><br>Philadelphia Newspaper<br>C/o Morris & Adelman<br>1920 Chestnut Street<br>Philadelphia, PA 19103 | X | H | Business Debt | | | | 106,913.00 |
| Account No.<br><br>Quest Diagnostics<br>P. O. Box 41652<br>Philadelphia, PA 19101 | | - | | | | | 21.76 |
| Account No.<br><br>Receivable Management Inc.<br>PO BOX 1385<br>Saginaw, MI 48605 | | H | | | | | 230.28 |
| Account No.<br><br>Roberty KY Chung<br>2742 South 10th Street<br>Philadelphia, PA 19148 | X | H | Business Debt | | | | Unknown |

Sheet no. 5 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    109,982.04

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re William J. Bernicker , Case No. 08-10183
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Southern Motor Company<br>C/o Michael Byrnes<br>1111 South Broad Street<br>Philadelphia, PA 19147 | X | H | Business Debt | | | | 46,357.00 |
| Account No.<br><br>Southern Motor Company<br>240 Bishop Hollow Road<br>Media, PA 19063 | X | H | Business Debt | | | | 20,000.00 |
| Account No.<br><br>Tank Test, Inc. | X | H | Business Debt - satisfied | | | | 15,602.00 |
| Account No.<br><br>TOPP Automotive | X | H | Business Debt | | | | 1,131.00 |
| Account No.<br><br>Tyrone Brookins<br>7648 Massey Way<br>Elkins Park, PA 19027 | X | H | Business Debt - satisfied through insurance proceeds | | | | Unknown |

Sheet no. 6 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 83,090.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  William J. Bernicker, Debtor

Case No. 08-10183

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Verizon Pennsylvania<br>PO BOX 165018<br>Columbus, OH 43216 | | H | | | | | 108.00 |
| Account No.<br>Verna Drummon<br>5247 Reinhart Street<br>Philadelphia, PA 19143 | X | H | Business Debt - satisfied through insurance proceeds | | | | Unknown |
| Account No.<br>William Bell<br>Two Independence Place<br>No. 412<br>Philadelphia, PA 19106 | X | - | Business Debt | | | | 166,930.96 |
| Account No.<br>Wolf Block<br>1650 Arch Street, 22nd Floor<br>Philadelphia, PA 19103 | X | H | Legal Fees<br>Bell v. Bernicker, et al. | | | | 131,633.01 |
| Account No. | | | | | | | |

Sheet no. 7 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  298,671.97

Total (Report on Summary of Schedules)  2,115,767.41

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy